# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                   **JUDGMENT IN A CIVIL CASE**

**VICTOR VASQUEZ,**

        Petitioner,

        V.                                                    CASE NUMBER: **05-C-90**

**PHIL KINGSTON**,

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Wisconsin state procedural law applies as to the timing of a properly filed petition in this case, therefore, Victor Vasquez's petition pursuant to Title 28, United States Code, Section 2254, is DENIED as untimely. This action is hereby DISMISSED.**

| | |
|---|---|
|   March 14, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |